IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARQUIS RAMEY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 23-CV-5089** |
| | : | |
| **LAW OFFICES OF** | : | |
| **WILLIAM DAVIS, JR. L.L.C.,** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 6th day of February, 2024, upon consideration of Marquis Ramey's *motion to proceed in forma pauperis,* (ECF No. 4), Prisoner Trust Fund Account Statement, (ECF No. 5), and *pro se* Complaint, (ECF No. 1), it is hereby **ORDERED** that:

1. The motion for leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Marquis Ramey, #MP-3121, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Benner Township or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Ramey's inmate account; or (b) the average monthly balance in Ramey's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Ramey's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Ramey's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Benner Township.

4. The Complaint is **DEEMED** filed.

5. For the reasons set forth in the Court's accompanying Memorandum, Ramey's Complaint is **DISMISSED, with prejudice,** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*